**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARINA GIL, on behalf of herself and all others similarly situated,<br><br>                                          Plaintiff,<br><br>    vs.<br><br>BLUE CROSS OF CALIFORNIA d/b/a ANTHEM BLUE CROSS,<br><br>                                          Defendants. | CASE NO. 15cv982-GPC(JMA)<br><br>**ORDER RESCHEDULING HEARING DATE ON MOTION TO REMAND AND MOTION TO STAY AND SETTING BRIEFING SCHEDULE** |

On May 5, 2015, Plaintiff filed a motion to remand. (Dkt. No. 4.) On May 6, 2015, Defendant filed a motion to stay. (Dkt. No. 6.) Both motions were filed before District Judge Benitez. On May 13, 2015, the case was transferred to the undersigned judge pursuant to the Court's low number rule. (Dkt. No. 7.) Accordingly, IT IS HEREBY ORDERED that the hearing date on the motion to remand and motion to stay shall be rescheduled from June 8, 2015 to **June 26, 2015 at 1:30 p.m.** in Courtroom 2D. Any opposition shall be filed on or before **May 29, 2015.** Any reply shall be filed on or before **June 5, 2015.**

   IT IS SO ORDERED.

DATED: May 13, 2015

                                                                              HON. GONZALO P. CURIEL
                                                                              United States District Judge

- 1 -                                                                                                    [15cv982-GPC(JMA)]